IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARCUS X. HOLMES,

        Petitioner,

v.                                                   4:06cv232-WS

FLORIDA PAROLE COMMISSION,

        Respondent.

_____

ORDER DISMISSING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

    Before the Court is the Magistrate Judge's Report and Recommendation docketed November 20, 2006.  See Doc. 5.  The Magistrate Judge recommends that Petitioner's Petition for Writ of Habeas Corpus be dismissed.  Although Petitioner was granted an extension of time to file objections to the Report and Recommendation, he has filed no such objections.

    Upon review of the record, this Court has determined that the Magistrate Judge's Report and Recommendation should be adopted.

    Accordingly, it is ORDERED:

    1.  The Magistrate Judge's Report and Recommendation (doc. 5) is hereby ADOPTED and incorporated by reference into this order.

2.  Petitioner's Petition for Writ of Habeas Corpus (doc. 1) is hereby DISMISSED without prejudice.

3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this   8th   day of  January , 2007.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE

Case No. 4:06cv193-WS